UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond District

SATIRA SHIPPING COMPANY LIMITED,

    Plaintiff,

v.                                              Civil Action No.  3:24-cv- 443

GLOBAL AMERICAN TRANSPORT LLC,

    Defendant.

## ATTORNEY'S VERIFICATION

1.    My name is Patrick Brogan, and I am over 18 years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

2.    I am a lawyer in the firm of Kaufman & Canoles, P.C., attorneys for the Plaintiff.

3.    I have read the foregoing Verified Complaint and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

4.    The reason this Verification is being made by the deponent and not by the Plaintiff is that the Petitioner is a business organization with no officers or directors now within this District.

6.    My knowledge and grounds for belief are derived from statements, documents and information received from, Plaintiff and agents and/or representatives of the Plaintiff.

7.    I am authorized to make this Verification on behalf of the Plaintiff.

Dated:    June 17, 2024                        /s/ *Patrick M Brogan*
                                                        Patrick M. Brogan (VSB 25568)
                                                        KAUFMAN & CANOLES, P.C.
                                                        150 W. Main Street, Suite 2100
                                                        Norfolk, Virginia 23510
                                                        (757) 624-3115 (T)
                                                        (888) 360-9092 (F)
                                                        pmbrogan@kaufcan.com