# EXHIBIT B



77 West Wacker Drive, 45th Floor, Chicago, IL, 60601, USA
• Phone: +1 312 312 9593 • Fax: +1 312 312 9593 • Email: ops@gatransportllc.com • Web: www.gatransportllc.com

# Pre Final Hire Statement

| | | | | |
|---|---|---|---|---|
| **C/P Date:** July 7, 2023 | **Delivery:** | July 16, 2023 at 11.42 GMT | | **Brokers:** LIGHTSHIP |
| **Vessel:** m/v CS Satira | **Redelivery:** | October 12, 2023 at 12.24 GMT | | **Date:** October 13, 2023 |

**OWNERS:**    SATIRA SHIPPING COMPANY LTD

**Owners' Bank Details**
**Beneficiary Bank (BB):**  BERENBERG BANK
**Beneficiary Name:** SATIRA SHIPPING COMPANY LTD
**SWIFT:**    BEGODEHH
**Account Number:**  525838009

| | | | |
|---|---|---|---:|
| **Hire Income July 16, 2023 at 11.42 GMT to October 12, 2023 at 12.24 GMT, or 88.029167 days** | | $ | 836,277.09 |
| **U/P claim as per attached WRI report** | | $ | -5,937.50 |
| **Off Hire passing Spore for supplies 2.5 hrs or 0.104166 days** | | $ | -989.58 |
| **Off Hire 30 August m/e problems bosporous of 1.4930556 days** | | $ | -14,184.03 |
| **Off Hire 16 August Fresh Water Batumi of 0.7416667 days** | | $ | -7,045.83 |
| **Gross Hire Income** | | $ | 808,120.14 |
| | | | |
| Address Commissions | 3.75% to Charterers | $ | -30,304.51 |
| | | $ | - |
| **Total Hire Commissions** | | $ | -30,304.51 |
| | | | |
| Bunker Value on Delivery, VLSFO | 575. 90 mts of VLSFO at USD 600 per mt | $ | 345,540.00 |
| Bunker Value on Delivery, LSMGO | 147 mts of LSMGO at 720 USD per mt | $ | 105,840.00 |
| **Total Bunkers on Delivery** | | $ | 451,380.00 |
| | | | |
| Bunker Value on Redelivery, VLSFO | 516.557 mts of VLSFO at USD 600 per mt | $ | -309,934.20 |
| Bunker Value on Redelivery, LSMGO | 112.902 mts of LSMGO at 720 USD per mt | $ | -81,289.44 |
| **Total Bunkers on Redelivery** | | $ | -391,223.64 |
| | | | |
| **Hull Cleaning Suez** | | $ | 9,591.57 |
| **Additional Hold Cleaning** | | $ | 45,000.00 |
| **Hardening Materials** | | $ | 558.00 |
| **EWRP** | | $ | 5,300.75 |
| **Armed Guards** | | $ | 5,870.00 |
| **Redelivery at at different port nearer to vessel's next destination Shanghai Shipyard-credit to charterers** | | $ | -20,000.00 |
| **Crew Allowence GOA** | | $ | 4,264.18 |
| **Victualling/C/V/E** | US$1500 per month pro rata | $ | 4,253.47 |
| **Operational Expenses** | | $ | 54,837.97 |
| | | | |
| Bunkers during off hire as per Owners breakdown at c/p price VLSFO 600 per MT | | $ | -10,336.20 |
| U/p claim Bunker Consumptions | | $ | -2,262.00 |
| Difference in bunker prices on redelivery basis less amounts | | $ | 6,341.79 |
| Fresh Water Batumi expenses | | $ | -4,743.00 |
| **Owners' Various Expenses** | | $ | -10,999.41 |
| | | | |
| **Total Amount due to Owners**         (A) | | $ | 881,810.56 |
| | | | |
| **Total Payments by Charterers**       (B) | | $ | -803,525.11 |
| | | | |
| **BALANCE DUE TO OWNERS**       (A)-(B) | | $ | 78,285.45 |