# EXHIBIT C

**Steven Winters**

___

| | |
|---|---|
| **From:** | Master - CS Satira <master.c6au3@globeemail.com> |
| **Sent:** | Thursday, October 12, 2023 11:02 AM |
| **To:** | ops@gatransportllc.com; PostFix Campbell Bulk |
| **Subject:** | CS SATIRA : REVISED//NOTICE TO REDELIVERY, ZHOUSHAN ANCHORAGE, CHINA |
| **Attachments:** | BDN ZHOUSHAN.PDF |

This is revised corrected redelivery message and kindly disregard previous.
---------------------------------------------------------------------------------------------------------

Good day,

This is to inform you that my good vessel MV CS Satira has been redelivered from charterers " GLOBAL AMERICAN TRANSPORT LLC" to " SATIRA SHIPPING COMPANY LIMITED" at Zhoushan anchorage, China on the 12th Oct 2023 at 2024LT /1224 UTC) with the following BROB only at the time of redelivery.

VLSFO: 516.557 MTS
LSMGO: 112.902 MTS


Thanks and Best Regards,
Capt. Kyaw Thu Rein
Master / M.V. CS Satira
Tel-FBB 500: +870-773 239 661 (Bridge & Master's cabin)
Tel-VSAT: +1 206 536 3702 / +44 20 3936 8482 (Bridge)
Tel-VSAT: +1 206 536 3703 (Master's cabin)
Email: master.C6AU3@globeemail.com
Back up Email Gmail: cscl.satira@gmail.com
Back up Email SAT-C : 431101596.sat@globeemail.com / 431101597.sat@globeemail.com
ONE TEAM CAMPBELL / Safety Our Priority - Excellence Our Commitment
Ship's time: UTC +0800