# EXHIBIT D



# Statement of Account

| Vessel: MV CS SATIRA | CP Date: Jul 07 2023 | Charterer: GLOBAL AMERICAN TRANSPORT LLC |
|---|---|---|
| Delivery: Jul 16 2023 | Redelivery: Oct 12 2023 | Printed On: Apr 27 2024 |

**Gross Hire**

| | |
|---|---:|
| 07/16/23 11:42 - 10/12/23 12:24, 88.029167 @ 9,500.00 | 836,277.08 |
| Additional TC Hire | 13,558.07 |
| 100.00 % OFF HIRE-OFF HIRE (08/16/23 10:48 - 08/17/23 04:36, 0.741667 Days): FW supply at Batumi | (7,045.83) |
| 100.00 % OFF HIRE-ENGINE PROBLEMS (08/30/23 05:00 - 08/31/23 16:50, 1.493056 Days): ME Problems before Bosphorus Transit | (14,184.03) |
| 100.00 % OFF HIRE-OFF HIRE (09/27/23 21:30 - 09/27/23 23:00, 0.062500 Days): Picking up spares at Singapore OPL | (593.75) |
| 100.00 % OFF HIRE-UNDERPERFORMANCE (10/01/23 00:00 - 10/01/23 15:00, 0.625000 Days): Colombo to Zhenjiang UP | (5,937.50) |
| Total Off Hire | (27,761.11) |
| Net Hire | 822,074.04 |

**Hire Commissions**

| | |
|---|---:|
| Address Commission (07/16/23 11:42 - 10/12/23 12:24, 3.75%) | (31,360.39) |
| 100.00 % OFF HIRE Address Commission (08/16/23 10:48 - 08/17/23 04:36, 3.75%) | 264.22 |
| 100.00 % OFF HIRE Address Commission (08/30/23 05:00 - 08/31/23 16:50, 3.75%) | 531.90 |
| 100.00 % OFF HIRE Address Commission (09/27/23 21:30 - 09/27/23 23:00, 3.75%) | 22.27 |
| 100.00 % OFF HIRE Address Commission (10/01/23 00:00 - 10/01/23 15:00, 3.75%) | 222.66 |
| Additional Address Commission | (508.43) |
| Total Hire Commissions | (30,827.78) |

**Bunker Value on Delivery**

| | |
|---|---:|
| IFO Delivery (575.900 MT @650.00) | 374,335.00 |
| LSMGO Delivery (147.000 MT @900.00) | 132,300.00 |
| Total Bunker Value At Delivery | 506,635.00 |

**Bunker Value on Redelivery**

| | |
|---|---:|
| IFO Redelivery (516.557 MT @650.00) | 335,762.05 |
| LSMGO Redelivery (112.902 MT @900.00) | 101,611.80 |
| Total Bunker Value At Redelivery | (437,373.85) |

| | |
|---|---:|
| Victualling @ 1,500.00 / Month (08/16/23 10:48-08/17/23 04:36) | (35.89) |
| Victualling @ 1,500.00 / Month (08/30/23 05:00-08/31/23 16:50) | (72.24) |
| Victualling @ 1,500.00 / Month (09/27/23 21:30-09/27/23 23:00) | (3.13) |
| Victualling @ 1,500.00 / Month (10/01/23 00:00-10/01/23 15:00) | (30.24) |
| Victualling @ 1,500.00 / Month (07/16/23 11:42-10/12/23 12:24) | 4,307.86 |
| Total Victualling | 4,166.36 |

**Owner's Expenses**

**Other Adjustment**

| | |
|---|---:|
| 100.00 % OFF HIRE IFO 6.500 MT @ 650.00 (08/16/23 10:48 - 08/17/23 04:36, 0.741667 Days) | (4,225.00) |

| | |
|---|---:|
| 100.00 % OFF HIRE IFO 6.770 MT @ 650.00 (08/30/23 05:00 - 08/31/23 16:50, 1.493056 Days) | (4,400.50) |
| 100.00 % OFF HIRE IFO 0.187 MT @ 650.00 (09/27/23 21:30 - 09/27/23 23:00, 0.062500 Days) | (121.55) |
| 100.00 % OFF HIRE IFO 3.770 MT @ 650.00 (10/01/23 00:00 - 10/01/23 15:00, 0.625000 Days) | (2,450.50) |
| ILOHC (002442TCOB, 10/10/2023) | 10,000.00 |
| Additional Hold Cleaning and associated costs (002395TCOB, 08/21/2023) | 45,000.00 |
| Owners Expenses - FW Supply at Batumi (002393TCOB, 08/17/2023) | (4,743.00) |
| Armed Guards for GOA Transit (002435TCOB, 10/03/2023) | 5,870.00 |
| Crew Allowance- GOA Transit (002435TCOB, 10/03/2023) | 4,264.18 |
| Hull Cleaning at Suez (002435TCOB, 10/03/2023) | 9,591.57 |
| Hardening Materials- GOA Transit (002435TCOB, 10/03/2023) | 558.00 |
| EWRP GOA Transit (002435TCOB, 10/03/2023) | 5,300.75 |
| IFO Redelivery 2% tolerance 2.94 MT @ 900.00 (002671TCOB, 04/26/2024) | (2,646.00) |
| IFO Redelivery 2% tolerane 11.518 MT @650.00 (002671TCOB, 04/26/2024) | (7,486.70) |
| **Total Adjustment** | 54,511.25 |

**Payment**

| | |
|---|---:|
| Amount Received On 07/25/2023 | 183,842.74 |
| Amount Received On 08/09/2023 | 137,882.06 |
| Amount Received On 08/25/2023 | 44,982.50 |
| Amount Received On 09/01/2023 | 126,327.18 |
| Amount Received On 09/06/2023 | 120,119.88 |
| Amount Received On 09/28/2023 | 137,906.25 |
| Amount Received On 10/05/2023 | 52,429.50 |
| Total Amount Received | (803,490.11) |
| Balance In Owner's Favor | 115,694.91 |

**Banking Details:**
Account Name: Satira Shipping Company
Berenberg Bank
Neuer Jungfernstieg 20, Hamburg Germany
IBAN: DE32 2012 0000 0525 8380 09
Swift Code: BEGODEHH
Acct. No: 525838009