# EXHIBIT F



**SING FUELS PTE LTD**
10 Anson Road
#16-09 , International Plaza
Singapore 079903
Tel: +65 6420 0400 Fax: +65 6222 4414
Co./ GST Reg. No. 201224942R

# TAX INVOICE

| | |
|---|---|
| Master/Owners/Managing Owners/ Operators Of MV CS SATIRA And/or **GLOBAL AMERICAN TRANSPORT LLC** 77 WEST WACKER DRIVE, 45TH FLOOR, CHICAGO, ILLINOIS, 60601, USA UNITED STATES OF AMERICA  Attn : CAPTAIN MIKE | **INVOICE NO** : SF-INV-2310-066 INVOICE DATE : 12/10/2023 PAYMENT TERM : 30 DAYS FROM DATE OF DELIVERY DELIVERY DATE : 12/10/2023 **DUE DATE** : **10/11/2023** BDN NO : ZS20231522 SO NO. : SO2310066 PORT : ZHOUSHAN |

| DESCRIPTION | GST | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| **VESSEL : "CS SATIRA"(IMO 9635456)** | | | | |
| VLSFO RMG 380 MAX 0.5% SULPHUR | O | 438.777   MT | 670.0000 | 293,980.59 |

| | | | |
|---|---|---|---|
| FOR GST PURPOSE ONLY | | **SUB TOTAL** | USD    293,980.59 |
| 1. EXCHANGE RATE : USD 1.00 = SGD 1.364800 | | **GST** | USD    0.00 |
| 2. GST TYPE : S (STANDARD-RATED), Z (ZERO-RATED), O (OUT OF SCOPE) | | **TOTAL** | USD    293,980.59 |
| SUB TOTAL (excl GST)    SGD    401,224.71 | | | |
| GST    SGD    0.00 | | | |
| TOTAL (incl GST)    SGD    401,224.71 | | | |

**Terms of Payment:**
* Payment to be received in full without any deduction or discount before due date via Telegraphic Transfer of immediately available funds to our bank account.
* A late payment fee of two percent (2%) per month will be charged on the overdue invoiced amount.
* Cyber Fraud and Bank Account Change: Please be aware that cyber fraud is becoming increasingly prevalent, and it is important to exercise caution when making payments to us.
  If you receive a request to change our bank account details, please do not act on it without first verifying the authenticity of the request with us through our official channels or our finance department (+65 6420 0400 ).
* We will not be liable for any losses that may result from unauthorized changes to our bank account details or any other fraudulent activity . Therefore, we advise our customers to take necessary precautions to ensure the security of their transactions and to verify the authenticity of any requests for changes to our bank account details before making payments.

| REMITTANCE INSTRUCTIONS | |
|---|---|
| Account Name | SING FUELS PTE LTD |
| USD Account No | 503.141525.301 |
| Beneficiary Bank | OVERSEA-CHINESE BANKING CORPORATION LIMITED |
| Bank Address | 65 CHULIA STREET SINGAPORE 049513 |
| Bank Country | SINGAPORE |
| SWIFT Code | OCBCSGSG |
| Intermediary Bank | JP MORGAN CHASE BANK,  NEW YORK |
| Country | NEW YORK, USA |
| SWIFT Code | CHASUS33 |

