# EXHIBIT G

# Steven Winters

| | |
|---|---|
| **From:** | Asutosh | Sing Fuels <asutosh@singfuels.com> |
| **Sent:** | Friday, June 7, 2024 5:36 AM |
| **To:** | Postfix (Campbell Bulk) |
| **Cc:** | Shubham | Sing Fuels; Ulrich | Sing Fuels; Sonnich | Sing Fuels |
| **Subject:** | RE: Urgent: Immediate Payment Required for Outstanding Bunker Supply to mv CS Satira (IMO 9635456) |
| **Attachments:** | (SF-INV-2310-066)  CS SATIRA  .pdf; CS SATIRA(SO2310066)  .pdf; BDN - CS SATIRA.pdf; Sing_Fuels_Terms_and_Conditions.pdf |

**Caution:** Do not click links or open attachments unless you recognize the sender.

Dear Sirs,

We acknowledge receipt of your response dated 03rd June 2024 concerning the outstanding payment for the bunkers supplied to MV CS SATIRA.

First and foremost, it is imperative to highlight a well-established principle within the maritime industry: in numerous jurisdictions, claims related to the supply of necessaries, such as bunkers, attach to the vessel. If such a claim remains unpaid, the seller is entitled to enforce the lien against the ship to which the necessaries were delivered. This fundamental principle underpins the bunker industry, where bunkers are delivered on account of the vessel irrespective of the parties placing the bunker request.

Contrary to the information you have received, we must clarify that GAT has not made any payments towards the invoiced amount of USD 293,980.59 due under invoice SF-INV-2301-066 dated 12th October 2023. This amount remains outstanding in full, along with late contractual interest. We would like to inform you that the previous late contractual calculation was incorrect. The correct amount is USD 46,264.47, and along with additional with the legal and PR charges brings the total outstanding to USD 352,754.06. We apologize for any inconvenience caused by the error

Furthermore, it is important to note that GAT has made certain payments towards the purchase of bunkers for two other vessels. However, those invoices also remain partly outstanding. GAT has consistently defaulted on payments despite numerous assurances of settlement. GAT's assertion that a substantial part payment has been made is inaccurate as no payment received for supply of bunker to MV CS SATIRA has been made by GAT.

Sing Fuels has exercised considerable patience in this matter. However, given the continued non-payment and the false assurances from GAT, we are now compelled to explore legal options against MV CS SATIRA to recover the outstanding amount.

We urge you to settle the full amount of USD 352,754.06, which includes the principal invoiced amount and late interest, by the close of business on 10th June 2024 (Singapore time). Failure to do so will result in us taking necessary and appropriate actions to recover the sums due, including the arrest of MV CS SATIRA (IMO 9635456) or any other vessels associated with you, the owner, or any vessels owned, controlled, or managed by you or the owner, without any further notification.

All our rights are expressly reserved.

**Asutosh Mahapatra**
Legal Counsel
Sing Fuels Pte Ltd (DMCC)


Fuelling Your Growth

+91 8452086075
1401 & 1409, The Dome Tower, Cluster N, JLT, Dubai, UAE
asutosh@singfuels.com
www.singfuels.com
https://www.linkedin.com/company/sing-fuels

Our Accolades

   
   

**From:** Postfix (Campbell Bulk) <Postfix@campbellbulk.com>
**Sent:** Monday, June 3, 2024 7:12 PM
**To:** Asutosh | Sing Fuels <asutosh@singfuels.com>
**Cc:** Shubham | Sing Fuels <shubham@singfuels.com>; Ulrich | Sing Fuels <ulrich@singfuels.com>; Sonnich | Sing Fuels <sonnich@singfuels.com>
**Subject:** Re: Urgent: Immediate Payment Required for Outstanding Bunker Supply to mv CS Satira (IMO 9635456)

Dear Sirs,

Without Prejudice

Owners note that bunkers were allegedly supplied to the MV CS SATIRA on 12 October 2023 at the Port of Zhoushan. Owners further note Sing Fuel's acknowledgment that the bunkers were supplied pursuant to the instructions of Global American Transport LLC.

It is denied that Global American Transport LLC ("GAT") has authority to bind the Master, Owners or Vessel with regard to the relevant bunker supply. It is further denied that Owners have any direct liability to Sing Fuels in respect of the Zhoushan bunker supply.

Without prejudice to the foregoing, please note that Owners have been informed by GAT that a substantial part payment was made by GAT to Sing Fuels in relation to the Zhoushan bunker supply. On **14 May 2024**, GAT informed Owners that the outstanding balance by GAT to Sing Fuels totaled **USD 79,740.59**. Sing Fuels are required to confirm their position concerning the quantum of their alleged claim for unpaid bunkers in connection with the Zhoushan Supply.

Furthermore, Sing Fuels are required to provide all contractual documents relating to the Zhoushan Supply, including any and all invoices, BDNs, sales contracts and any applicable terms and conditions to the sales contract.

All of Owners' rights and defences remain fully and expressly reserved.

Thank you and kind regards,

Veronica Bonimy
Commercial Assistant
Campbell Bulk Limited
Campbell Maritime Centre,
45 West Bay Street
P.O. Box N-7003 Nassau,
The Bahamas
Office +1-242-397-1795-Extn 377

2

Mobile + 1-242-422-6864
Postfix@campbellbulk.com
Web: www.csship.com

**From:** Asutosh | Sing Fuels <asutosh@singfuels.com>
**Date:** 29 May 2024, 03:09
**To:** info@csship.com <info@csship.com>, postfix@campbellbulk.com <postfix@campbellbulk.com>, ops@gatransportllc.com <OPS@GATRANSPORTLLC.COM>, legal@gatransportllc.com <legal@gatransportllc.com>
**Cc:** Shubham | Sing Fuels <shubham@singfuels.com>, Ulrich | Sing Fuels <ulrich@singfuels.com>, Sonnich | Sing Fuels <sonnich@singfuels.com>
**Subject:** Urgent: Immediate Payment Required for Outstanding Bunker Supply to mv CS Satira (IMO 9635456)

**Caution:** Do not click links or open attachments unless you recognize the sender.

Dear Sir/Madam

This is to inform you that basis Sales Confirmation dated 09 October 2023, Sing Fuels Pte. Ltd. had supplied 438.777 Mts of VLSFO RMG 380 MAX 0.5% Sulphur ("**Bunker**") to MV CS SATIRA on 12th October 2023 at Port of Zhoushan. The supply was done under the instructions of Global American Transport LLC who represented that they had the authority to order Bunker on behalf of the ship.

Pursuant to the supply, Sing Fuels raised an invoice bearing invoice no. SF-INV-2301-066 dated 12th October 2023 for an amount of USD 293,980.59. The due date for payment was 10th November 2023 and since then we have been consistently following up on the payment. For this delay in payment, the ship is liable to pay to Sing Fuels a sum of USD 7,345.67 till date as late payment interest as per the rate stipulated in the General Terms of the Bunker Contract. Additionally we have incurred USD 12,500 towards legal and PR cost incurred till date for pursuing recovery of the outstanding invoiced amount.

We instruct you to make the payment to the following bank account, which has also been mentioned in the Sales Invoice.

| BENEFICIARY | Sing Fuels Pte Ltd |
|---|---|
| BENEFICIARY BANK | Oversea-Chinese Banking Corporation Limited (OCBC) |
| Bank Country | Singapore |
| ACCOUNT NUMBER | 503141525301 |
| CURRENCY TYPE | USD |
| SWIFT CODE | OCBCSGSG |
| INTERMEDIARY BANK | JP MORGAN CHASE BANK, NEW YORK |
| INTERMEDIARY BANK SWIFT | CHASUS33 |

Unless we receive confirmed payment of USD 313,826.26 comprising principal invoiced amount and the late interest, by the close of business hours on 05th June 2024 (Singapore time), we intend to take whatever actions we consider necessary and appropriate to recover the sums due including the arrest of ship CS SATIRA (IMO 9635456) or any other ship associated with you, the owner or any other vessels owned, controlled and managed by you or the owner without any further notification.

In the event of such action being taken, you and/or the respective owner shall be liable for further late payment interest and legal costs.

If you wish to have a call to discuss anything further, please feel free to reach out to our COO, Mr. Shubham Gupta, at +65 9337 3884.

All our rights are expressly reserved.

Asutosh Mahapatra
Legal Counsel
Sing Fuels Pte Ltd (DMCC)



**Fuelling Your Growth**

+91 8452086075

1401 & 1409, The Dome Tower, Cluster N, JLT, Dubai, UAE

asutosh@singfuels.com

www.singfuels.com

https://www.linkedin.com/company/sing-fuels

**Our Accolades**









🖨 **Please consider the environment before printing this email**

**Disclaimer:** This email message is intended only for the addressee(s) and contains information that may be confidential. If you are not the intended recipient please notify the sender by reply email and delete this message. The use, disclosure or reproduction of the email by anyone other than the intended recipient(s) is prohibited. As the integrity and security of any email message cannot be guaranteed when transmitted over the Internet, Campbell accepts no liability for possible damages caused by malware.

4