UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

SATIRA SHIPPING COMPANY LIMITED

    Plaintiff,

v.                                                                  Case No. 3:24-cv-443

GLOBAL AMERICAN TRANSPORT LLC,

    Defendant.

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable the Court's District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff SATIRA SHIPPING COMPANY LIMITED certifies that no publicly held corporation owns 10% or more of Plaintiff and that its parent is Campbell Shipping Co Ltd.

Dated: June 13, 2024                                  SATIRA SHIPPING COMPANY LIMITED

                                                          By:      /s/ *Patrick M Brogan*
                                                               Patrick M. Brogan, (VSB 25568)
                                                               KAUFMAN & CANOLES, P.C.
                                                               150 W. Main Street, Suite 2100
                                                               Norfolk, Virginia 23510
                                                               Tel: (757) 624-3115; Fax:(888) 360-9092
                                                               pmbrogan@kaufcan.com

                                                               Patrick F. Lennon
                                                               Steven R. Winters
                                                               LENNON, MURPHY & PHILLIPS, LLC
                                                               The Graybar Building
                                                               420 Lexington Ave., Ste. 300
                                                               New York, New York 10170
                                                               Tel: (212) 490-6050; Fax:(212) 490-6070
                                                               pfl@lmplaw.net;  srw@lmplaw.net