UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

SATIRA SHIPPING COMPANY LIMITED,

    Plaintiff,

v.                                                          Civil Action No. 3:24-cv-443

GLOBAL AMERICAN TRANSPORT LLC,

    Defendant.

## MOTION FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE B AND APPOINTMENT OF SPECIAL PROCESS SERVER

COMES NOW Plaintiff Satira Shipping Company Limited ("Satira" or "Plaintiff") files this motion requesting this Honorable Court to issue an order authorizing the Clerk of the United States District Court for the Eastern District of Virginia to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule B"), against Defendant's tangible and/or intangible property within the possession, custody or control of garnishees within the District, including the garnishee, Bank of America, as set forth in the Plaintiff's Verified Complaint. Additionally, Satira moves this court to issue an Order appointing a special process serves pursuant to Rule 4(c) of the Federal Rules of Civil Procedure as more fully laid out in the accompanying memorandum of law.

Plaintiff prays for all other relief to which it may be entitled at law or in equity.

Dated: June 17, 2024                                  SATIRA SHIPPING COMPANY LIMITED

By: _____/s/ *Patrick M Brogan*_____
Patrick M. Brogan
KAUFMAN & CANOLES
150 W. Main Street
P.O. Box 3037
Norfolk, Virginia 23514
(757) 624-3115 (T)
(888) 360-9092 (F)
pmbrogan@kaufcan.com

Patrick F. Lennon
Steven R. Winters
LENNON, MURPHY & PHILLIPS, LLC
The Graybar Building
420 Lexington Ave., Ste. 300
New York, New York 10170
(212) 490-6050 (T)
(212) 490-6070 (F)
pfl@lmplaw.net
srw@lmplaw.net