UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond District

SATIRA SHIPPING COMPANY LIMITED,

    Plaintiff,

v.                                          Civil Action No.  3:24-cv-443

GLOBAL AMERICAN TRANSPORT LLC,

    Defendant.

## ORDER DIRECTING CLERK TO ISSUE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT AND APPOINTING PROCESS SERVER

**WHEREAS,** on June 17, 2023, Plaintiff, SATIRA SHIPPING COMPANY LIMITED filed a Verified Complaint herein for damages amounting to $592,518.94, inclusive of interest, costs and reasonable attorneys' fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure; and

**WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshal, or other designated process server, attach any and all of the Defendant's property within the District of this Court; and

**WHEREAS**, the Court has reviewed the Verified Complaint, Supporting Declaration of Patrick M. Brogan and Memorandum of Law in Support of Request for Order Authorizing Maritime Attachment and Garnishment and for Service of Process, and the conditions of Supplemental Rule B appearing to exist:

**NOW**, upon motion of the Plaintiff, it is hereby:

**ORDERED**, that pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, the Clerk of the Court shall issue Process of Maritime Attachment and Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading, effects, debts and monies, electronic funds transfers, freights, sub-freights, charter hire, sub-charter hire or any other funds or property up to the amount of $592,518.94 belonging to, due or owing to, from or for the benefit of the Defendant, including but not limited to such property as may be held, received or owed in Defendant's name(s) or as may be held, received or transferred for its benefit within the possession, custody or control of non-party garnishee Bank of America and/or any other banking/financial institutions and/or other entities, or such other garnishees as may be named on whom a copy of the Process of Maritime Attachment and Garnishment may be served; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk of Court upon application without further Order of the Court; and it is further

**ORDERED** that following initial service by the U.S. Marshal, or other designated process server, upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to any garnishee; and it is further

**ORDERED** that service on any garnishee as described above is deemed to be effective and continuous service throughout the remainder of the day upon which service is made commencing from the time of such service; and such service is further deemed to be effective through the end of the next business day, provided that another service is made that day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means.

Dated: June ___, 2023

                                **SO ORDERED:**

                                **U. S. District Court Judge**