UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond District

SATIRA SHIPPING COMPANY LIMITED,

    Plaintiff,

v.                                                  Civil Action No. 3:24-cv-443

GLOBAL AMERICAN TRANSPORT LLC,

    Defendant.

## ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Declaration of Steven R. Winters sworn to on June 13, 2024 and good cause shown having been shown, it is hereby

ORDERED that Patrick M. Brogan or any other partner, associate, paralegal or agent of Kaufman & Canoles, P.C. and/or Lennon, Murphy and Phillips, LLC be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who may hold tangible or intangible property of, for, or on account of, the Defendant.

Dated: June ___, 2024

                                                                        U.S. District Court Judge