IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SATIRA SHIPPING
COMPANY LIMITED,

    v.                                        Criminal No. 3:24cv443 (DJN)

GLOBAL AMERICAN
TRANSPORT LLC,
        Defendant.

**ORDER**
**(Appointing Special Process Server)**

This matter comes before the Court on Plaintiff Satira Shipping Company Limited's ("Plaintiff") application for an Order Appointing a Special Process Server pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, (ECF No. 3). For good cause shown, the Court hereby ORDERS that Attorney Patrick M. Brogan or any other partner, associate, paralegal or agent of Kaufman & Canoles, P.C. and/or Lennon, Murphy and Phillips, LLC be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, (ECF No. 1), together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who may hold tangible or intangible property of, for, or on account of, Defendant Global American Transport LLC.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                              /s/
                                            David J. Novak
                                            United States District Judge

Richmond, Virginia
Dated: June 24, 2024