UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division
In Admiralty

**SATIRA SHIPPING COMPANY LIMITED,**

  **Plaintiff,**

v.                Civil Action No. 3:24-cv-443

**GLOBAL AMERICAN TRANSPORT LLC,**

  **Defendant,**

## WRIT FOR MARITIME ATTACHMENT AND GARNISHMENT

**TO GARNISHEE:** **BANK OF AMERICA**
        **1111 E. Main Street,**
        **Richmond, VA 23219**

THE PRESIDENT OF THE UNITED STATES OF AMERICA
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF VIRGINIA
(or duly designated process server)

WHEREAS:

  On June 17, 2024, Plaintiff Satira Shipping Company Limited filed a Verified Complaint against Defendant Global American Transport LLC, for recovery of the sum of **USD $592,518.94** (herein, the "Garnishment Amount") amounts due and owing under a Charterparty Agreement, and for process of maritime attachment and garnishment against the property of said Defendant;

  WHEREAS, the Court has reviewed the Verified Complaint and Declarations and found that the conditions of Rule B of the Supplemental Admiralty Rules appear to exist and has entered an Order so stating, authorizing the issuance of process of maritime attachment and garnishment against the said Defendant attaching property believed to be in the hands of garnishee Bank of America.

  NOW, it has been determined that the Defendant cannot be found within the District; thus,the Court does hereby empower, strictly charge and command you to attach tangible and intangible property of Defendant Global American Transport, LLC comprised of debts, credits, or effects including but not limited to : bank accounts, checks, payments made to, held or which may be receivable by, the said garnishee on behalf of the said Defendants, monies, disbursement advances, payments for goods or other services, documents of title, shares of stock or other financial instruments and any other funds, collateral or property of any kind belonging to claimed by or held for the benefit of the Defendant, located and to be found at Bank of America 1111 Main Street, Richmond, VA 23219, up to the Garnished Amount of **$592,518.94**;

FURTHER, this process is issued pursuant to such prayer and requires that Garnishee shall serve its answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee;

FINALLY, how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

WITNESS THE HONORABLE
Judge of said Court, in said District,
This 25th day of June, 2024.

FERNANDO GALINDO
CLERK OF THE COURT

By: *(signature)*
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules For Admiralty or Maritime Claims and Asset Forfeiture Action.