# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Richmond Division
## In Admiralty

| | |
|---|---|
| SATIRA SHIPPING COMPANY LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>GLOBAL AMERICAN TRANSPORT LLC,<br><br>      Defendant,<br><br>and<br><br>BANK OF AMERICA, N.A.,<br><br>      Garnishee. | Civil Action No. 3:24-cv-00443 |

## DECLARATION OF CHANEL COOPER

I, **CHANEL COOPER**, hereby submit this declaration under penalties of perjury and state that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a resident of Pennsylvania over the age of 18, and am otherwise competent to make this declaration.

2. I am authorized to make this Declaration on behalf of Bank of America, N.A. ("Bank of America").

3. I am employed as a Officer; Litigation Specialist II by Bank of America.

4. I voluntarily make this declaration from my own personal knowledge of the matters set forth herein by virtue of my position for Bank of America, my familiarity with the company's practices and procedures, and based upon my review of the relevant business records of Bank of America.

5. Bank of America does not have possession, custody, or control of any tangible or intangible property of Global American Transport LLC comprised of debts, credits, or effects including but not limited to: bank accounts, checks, payments made to, held or which may be receivable by, Bank of America on behalf of Global American Transport LLC, monies, disbursement advances, payments for goods or other services, documents of title, shares of stock or other financial instruments and any other funds, collateral or property of any kind belonging to claimed by or held for the benefit of the Global American Transport LLC, either located and to be found at Bank of America 1111 Main Street, Richmond, VA 23219 or otherwise within the Eastern District of Virginia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 11TH day of July 2024 in Newark/New Castle Delaware.

CHANEL COOPER